| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Roman M. Silberfeld, SBN 62783<br>RSilberfeld@RobinsKaplan.com<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>Telephone: (310) 552-0130<br>Facsimile: (310) 229-5800 | |
| ATTORNEY(S) FOR:  Plaintiff DivX, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DivX, LLC,<br><br>                              Plaintiff(s),<br>v.<br>Hulu, LLC,<br><br>                              Defendant(s) | CASE NUMBER:  2:19-cv-1606<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff DivX, LLC,   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DivX CF Investors LLC | Parent |

| 3/5/2019 | /s/ Roman M. Silberfeld |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff DivX, LLC