# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HULU, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | Case No. 2:19-cv-1606 (PSG)(JPRx)<br><br>[~~PROPOSED~~] CASE MANAGEMENT ORDER |
| HULU, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>DIVX, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaim-Defendant. | |

Following the parties' submission of a joint Rule 26(f) report and proposed case schedule, and the Court's conference pursuant to Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that the following schedule governs this case:

| Event | Deadline |
|---|---|
| Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) | January 10, 2020 |
| DivX's disclosure of asserted claims and infringement contentions and accompanying document production [N.D. Cal. Patent L.R. 3-1, 3-2] | February 6, 2020 |

| Event | Deadline |
|---|---|
| Hulu's disclosure of invalidity contentions and accompanying document production [N.D. Cal. Patent L.R. 3-3, 3-4] | March 26, 2020 |
| Reduction of asserted claims by DivX to no more than 5 claims per patent and 30 claims total | April 16, 2020 |
| Deadline for the parties to disclose mediator selection to the Court | April 16, 2020 |
| Deadline for the parties to meet to discuss representative accused instrumentalities for purposes of focusing discovery | April 23, 2020 |
| Exchange of claim terms to be construed [N.D. Cal. Patent L.R. 4-1(a)][1] | May 7, 2020 |
| Exchange of proposed constructions and extrinsic evidence [N.D. Cal. Patent L.R. 4-2] | May 21, 2020 |
| Reduction of prior art relied upon by Hulu to no more than 12 prior art references per patent[2] | May 28, 2020 |
| Joint Claim Construction and Prehearing Statement that complies with the requirements of N.D. Cal. Patent L.R. 4-3(a), (b), (c) (up to a maximum of 15 "most significant terms" rather than 10), (d), (e), (f) | June 11, 2020 |
| Completion of claim construction discovery [N.D. Cal. Patent L.R. 4-4] | June 25, 2020 |

---

[1] The parties shall thereafter meet and confer for purposes of limiting the terms in dispute by narrowing or resolving differences and facilitating the ultimate preparation of a Joint Claim Construction and Prehearing Statement.

[2] For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as one reference, as shall the closely related work of a single prior artist.

| Event | Deadline |
|---|---|
| Simultaneous Opening Claim Construction Briefs, not to exceed 30 pages combined total for both cases.<br><br>No more than 15 claim terms combined total for both cases may be presented for construction in claim construction briefs unless leave is sought and granted by Court at least 10 days before opening briefs are due and for good cause shown. | July 9, 2020 |
| Submission of technology tutorial either in writing or in presentation form such as PowerPoint not to exceed thirty (30) pages, or on DVD not to exceed thirty (30) minutes | July 9, 2020 |
| Simultaneous Responsive Claim Construction Briefs, not to exceed 15 pages combined total for both cases.<br><br>Parties must seek leave of Court by this date as to any demonstrative materials, such as PowerPoint slides, they would seek to use at the Claim Construction Hearing to support their claim construction positions, including by submitting the proposed materials themselves for consideration. Late-disclosed demonstratives will not be permitted at the hearing.<br><br>Parties are also directed to email chambers a word processing document that includes a chart with columns for: (1) the disputed claim terms (with an identification of which asserted claims each term appears in), (2) Plaintiff's proposed construction for each term, (3) Defendants' proposed construction for each term, and (4) the Court's construction for each term (to be filled in by Court). | August 6, 2020 |
| Reduction of prior art relied upon by Hulu to no more than 8 prior art references per patent[3] | **[DivX's proposal:]**<br>August 13, 2020  PSG<br>[~~Hulu's proposal:~~]<br>~~September 24, 2020~~ |

---

[3] For purposes of this Order, a prior art instrumentality (such as a device or process) and associated references that describe that instrumentality shall count as

- 3 -

| Event | Deadline |
|---|---|
| Claim construction hearing [N.D. Cal. Patent L.R. 4-6] | August 31, 2020, at 1:30 p.m. |
| Disclosure of advice of counsel [N.D. Cal. Patent L.R. 3-7] | September 3, 2020 |
| Last day to conduct ADR proceedings | Within 60 days of the issuance of the Court's claim construction order |
| Deadline for the parties to meet in person to discuss representative accused instrumentalities for purposes of determining infringement and streamlining trial | September 17, 2020 |
| Non-expert discovery cut-off | September 24, 2020 |
| Expert disclosures (initial) | October 15, 2020 |
| Expert disclosures (rebuttal) | November 12, 2020 |
| Expert discovery cut-off | December 3, 2020 |
| Deadline to file dispositive motions and *Daubert* motions | December 10, 2020 |
| Last day to hear dispositive motions and *Daubert* motions | February 1, 2021 |
| Parties to meet and confer regarding final issues to be presented at trial | March 4, 2021 |
| Deadline to file motions in limine | March 11, 2021 |
| File memorandum of contentions of fact and law, joint exhibit and witness lists | March 22, 2021 |
| Plaintiff to serve proposed jury instructions and special verdict form on defendant | March 23, 2021 |
| Defendant to serve its objections to plaintiff's jury instructions and additional instructions on plaintiff | March 30, 2021 |
| Oppositions to motions in limine | April 2, 2021 |

one reference, as shall the closely related work of a single prior artist.

| Event | Deadline |
|---|---|
| Lodge pretrial conference order, proposed voir dire questions | April 5, 2021 |
| Plaintiff to serve objections to defendant's jury instructions on defendant | April 6, 2021 |
| Counsel to meet-and-confer to attempt to agree on proposed jury instructions | April 6, 2021 |
| Replies to motions in limine | April 8, 2021 |
| Joint jury instructions, proposed jury instructions to which there are objections | April 9, 2021 |
| Final pretrial conference | April 12, 2021 at 2:30 p.m. |
| Joint statement of the case, trial brief pursuant to Local Rule 16-10 | April 20, 2021 |
| Trial | April 27, 2021, at 9:00 a.m. |

SO ORDERED.

Dated: __2/20/__, 2020

U.S. District Judge Philip S. Gutierrez