**FILED**
CLERK, U.S. DISTRICT COURT
MAR 27, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br>　vs.<br>HULU, LLC, a Delaware limited liability company,<br><br>　　　　Defendant. | CASE NO. 2:19-cv-01606 PSG(DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO AMEND SCHEDULING ORDER** |
| HULU, LLC, a Delaware limited liability company,<br><br>　　　　Counterclaimant,<br>　vs.<br>DIVX, LLC, a Delaware limited liability company<br><br>　　　　Counterclaim-Defendant. | |

Before the Court is Defendant and Counterclaimant Hulu, LLC and Plaintiff and Counterclaim-defendant DivX, LLC's Joint Stipulation and Request to Amend the Scheduling Order.

Having considered the Joint Stipulation and Request to Amend the Scheduling Order, the Court finds good cause and hereby GRANTS the request.

IT IS HEREBY ORDERED that the schedule governing this case be modified as follows:

| Event | Prior Deadline | Modified Deadline |
|---|---|---|
| Hulu's disclosure of invalidity contentions and accompanying document production [N.D. Cal. Patent L.R. 3-3] | March 26, 2020 | April 2, 2020 |

**SO ORDERED**.

Dated: ___3/27___, 2020

_____
U.S. District Court Judge Philip S. Gutierrez

-1-
[PROPOSED] ORDER GRANTING JT STIP AND REQUEST TO AMEND SCHEDULING ORDER
CASE NO. 2:19-CV-01606-PSG(DFMX)