# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company, | Case No. 2:19-cv-1606 PSG (DFMx) |
| Plaintiff, | [PROPOSED] ORDER APPOINTING MEDIATOR |
| v. | |
| HULU, LLC, a Delaware limited liability company, | |
| Defendant. | |

FILED
CLERK, U.S. DISTRICT COURT

4/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____WH_____ DEPUTY

HULU, LLC, a Delaware limited liability company,

Counterclaimant,

v.

DIVX, LLC, a Delaware limited liability company,

Counterclaim-Defendant.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Hon. Jay C. Gandhi, JAMS, is appointed as mediator in this case.

Dated: __4/17/__, 2020

PHILIP S. GUTIERREZ

UNITED STATES DISTRICT JUDGE