| | |
|---|---|
| 1 | Matthew D. Powers (Bar No. 104795) |
| 2 | matthew.powers@tensegritylawgroup.com |
| | TENSEGRITY LAW GROUP, LLP |
| 3 | 555 Twin Dolphin Drive, Suite 650 |
| 4 | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-6000 |
| 5 | Facsimile: (650) 802-6001 |
| 6 | |
| 7 | David M. Stein, SBN 198256 |
| | dstein@brownrudnick.com |
| 8 | Brown Rudnick LLP |
| | 2211 Michelson Drive, 7th Floor |
| 9 | Irvine, CA 92612 |
| 10 | Telephone: (949) 752-7100 |
| | Facsimile: (949) 252-1514 |
| 11 | |
| 12 | *Attorneys for Plaintiff DivX, LLC* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company, | **Case No. 2:19-cv-1606 PSG (DFMx) [Lead case]** |
| | Case No. 2:21-cv-01615 PSG (DFMx) |
| Plaintiff and Counterclaim-Defendant, | |
| | **PLAINTIFF DIVX, LLC'S NOTICE OF PTAB'S DECISIONS DENYING INSTITUTION OF *INTER PARTES* REVIEWS** |
| v. | |
| HULU, LLC, a Delaware limited liability company, | |
| Defendant and Counterclaimant. | |

1       Plaintiff DivX, LLC hereby provides notice that on March 15, 2022, the Patent Trial and Appeal Board issued two Decisions Denying Institution of *Inter Partes* Reviews related to U.S. Patent No. 10,257,443 at issue in *DivX, LLC v. Hulu, LLC*, Case No. 2:21-cv-01615-PSG-DFM (C.D. Cal.) (*Hulu II* case). The two decisions are attached as Exhibits A and B to this notice. This concludes the PTAB proceedings on this patent, which is asserted in *Hulu II* and addressed in DivX's pending, fully briefed Motion to Lift the Stay. *Hulu I* (Case No. 2:19-cv-1606-PSG-DFM), Dkt. Nos. 144-146; *Hulu II,* Dkt. Nos. 92-94. This means that all asserted claims of the twelve patents asserted in *Hulu I* and *Hulu II*, except for a single asserted claim of U.S. Patent No. 10,326,987 (the "987 Patent"), have now either completed IPRs or were not and cannot be challenged in IPRs. The institution decision regarding Unified Patents' petition for *inter partes* review of the 987 Patent is expected no later than March 22, 2022, but that petition challenges only one of four asserted claims for that patent. Therefore, it remains the case that only a single claim of the twelve asserted patents has been invalidated, and no patent has been eliminated, and now, no patent can be eliminated from the *Hulu I* and *Hulu II* cases on the basis of IPRs.

Dated: March 15, 2022                          Respectfully submitted,

                                              /s/  Matthew D. Powers
Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)
natasha.saputo@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065

Telephone: (650) 802-6000
Facsimile: (650) 802-6001
DivX_Hulu_Service@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone: (703) 940-5033
Facsimile: (650) 802-6001
DivX_Hulu_Service@tensegritylawgroup.com

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile: (949) 252-1514

*Attorneys for Plaintiff
DivX, LLC*