Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HULU, LLC, a Delaware limited liability company,<br><br>    Defendant and Counterclaimant. | **Case No. 2:19-cv-1606 PSG (DFMx) [Lead case]**<br>Case No. 2:21-cv-1615 PSG (DFMx)<br><br>**PLAINTIFF DIVX, LLC'S NOTICE OF PTAB'S DECISION GRANTING INSTITUTION OF *INTER PARTES* REVIEW** |

      Plaintiff DivX, LLC hereby provides notice that, today, the Patent Trial and Appeal Board issued the Decision Granting Institution of *Inter Partes* Review on a single asserted claim of U.S. Patent No. 10,326,987 (the "987 Patent"), Claim 1.[1]  We attach the PTAB's decision as Exhibit A.  Three additional asserted claims of the 987 Patent, Claims 2, 3, and 8, are not subject to this *Inter Partes* Review.  This petition on the 987 Patent is the last of the three petitions on the patents DivX has asserted in *Hulu I* (Case No. 2:19-cv-1606 PSG-DFM) and *Hulu II* (Case No. 2:21-cv-01615-PSG-DFM) that were still pending when DivX filed its Motion to Lift the Stay.  *Hulu I,* Dkt. No. 144; *Hulu II,* Dkt. No. 92.  The two other IPR petitions Hulu filed related to the asserted U.S. Patent No. 10,257,443, and both petitions were rejected by the PTAB two days ago.  *Hulu I*, Dkt. No. 149; *Hulu II*, Dkt. No. 97.  Thus, there are now no other *inter partes* review petitions pending against the patents DivX has asserted in this litigation.

      Although DivX continues to believe that it will ultimately succeed in defending the patentability of the challenged claims of the 987 Patent in the *Inter Partes* Review that was just instituted, in the interest of efficiency, and in support of its pending Motion to Lift the Stay, DivX agrees not to assert the 987 Patent in this litigation, so there will not be any patents asserted in this case that are currently subject to IPR proceedings.

Dated: March 17, 2022      Respectfully submitted,

      */s/  Matthew D. Powers*
Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich (Bar No. 228543)
paul.ehrlich@tensegritylawgroup.com
William P. Nelson (Bar No. 196091)
william.nelson@tensegritylawgroup.com
Natasha M. Saputo (Bar No. 291151)

---

[1] *Inter Partes* Review was instituted on Claim 10 of the 987 Patent as well, but that claim is not asserted in this litigation.

natasha.saputo@tensegritylawgroup.com
Jerome Ma (Bar No. 335129)
jerome.ma@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001
DivX_Hulu_Service@tensegritylawgroup.com

Azra M. Hadzimehmedovic (Bar No. 239088)
azra@tensegritylawgroup.com
Aaron M. Nathan (Bar No. 251316)
aaron.nathan@tensegritylawgroup.com
Samantha A. Jameson (Bar No. 296411)
samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:   (650) 802-6001
DivX_Hulu_Service@tensegritylawgroup.com

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

*Attorneys for Plaintiff*
*DivX, LLC*