Matthew D. Powers (Bar No. 104795)
matthew.powers@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Telephone:   (650) 802-6000
Facsimile:    (650) 802-6001

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone: (949) 752-7100
Facsimile:  (949) 252-1514

*Attorneys for Plaintiff DivX, LLC*

JAMES M. DOWD (SBN 259578)
James.Dowd@wilmerhale.com
JASON F. CHOY (SBN 277583)
Jason.Choy@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

*Attorneys for Defendant Hulu, LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIVX, LLC, a Delaware limited liability company,<br><br>      Plaintiff and Counterclaim-Defendant,<br><br>      v.<br><br>HULU, LLC, a Delaware limited liability company,<br><br>      Defendant and Counterclaimant. | **Case No. 2:19-cv-1606 PSG (DFMx) [Lead case]**<br>Case No. 2:21-cv-1615 PSG (DFMx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, Plaintiff and Counterclaim Defendant DivX, LLC ("Plaintiff") and Defendant and Counterclaimant Hulu, LLC ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in the above-captioned cases, pursuant to the terms of a confidential license agreement.

NOW, THEREFORE, Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's defenses and counterclaims for relief against Plaintiff with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: August 24, 2022                       Respectfully submitted,


/s/ *Matthew D. Powers*                       /s/ *Mindy V. Sooter*
Matthew D. Powers (Bar No. 104795)           Mary (Mindy) V. Sooter (pro hac
matthew.powers@tensegritylawgroup.com        vice)
Paul T. Ehrlich (Bar No. 228543)             Mindy.Sooter@wilmerhale.com
paul.ehrlich@tensegritylawgroup.com          Samantha K. Picans
William P. Nelson (Bar No. 196091)           sam.picans@wilmerhale.com
william.nelson@tensegritylawgroup.com        WILMER CUTLER PICKERING
Natasha M. Saputo (Bar No. 291151)           HALE AND DORR LLP
natasha.saputo@tensegritylawgroup.com        1225 Seventeenth Street, Suite 2600
TENSEGRITY LAW GROUP, LLP                     Denver, CO 80202
555 Twin Dolphin Drive, Suite 650            Telephone: (720) 274-3135
Redwood Shores, CA 94065                      Facsimile: (720) 274-3133
Telephone:  (650) 802-6000
Facsimile:   (650) 802-6001                   JAMES M. DOWD (SBN 259578)
DivX_Hulu_Service@tensegritylawgroup.        James.Dowd@wilmerhale.com
com                                          JASON F. CHOY (SBN 277583)
                                             Jason.Choy@wilmerhale.com
Azra M. Hadzimehmedovic (Bar No.             WILMER CUTLER PICKERING
239088)                                      HALE AND DORR LLP
azra@tensegritylawgroup.com                  350 South Grand Avenue, Suite 2400
Aaron M. Nathan (Bar No. 251316)             Los Angeles, CA 90071
aaron.nathan@tensegritylawgroup.com          Telephone: (213) 443-5300
Samantha A. Jameson (Bar No. 296411)         Facsimile: (213) 443-5400

JOINT STIPULATION OF DISMISSAL          1        CASE NO. 2:19-CV-1606 PSG (DFMX)
                                                 CASE NO. 2:21-CV-1615 PSG (DFMX)

samantha.jameson@tensegritylawgroup.com
TENSEGRITY LAW GROUP, LLP
8260 Greensboro Drive, Suite 260
McLean, VA 22102
Telephone:  (703) 940-5033
Facsimile:    (650) 802-6001
DivX_Hulu_Service@tensegritylawgroup.com

David M. Stein, SBN 198256
dstein@brownrudnick.com
Brown Rudnick LLP
2211 Michelson Drive, 7th Floor
Irvine, CA 92612
Telephone:  (949) 752-7100
Facsimile:   (949) 252-1514

**Attorneys for Plaintiff**
**DivX, LLC**

Jason H. Liss (*pro hac vice*)
jason.liss@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6699
Facsimile: (617) 526-5000

Joseph Taylor Gooch
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
One Front Street Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1002
Facsimile: (628) 235-1001

**Attorneys for Defendant Hulu, LLC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that concurrence in the filing of this document has been obtained from Mindy V. Sooter, counsel of record for Defendant.

Date: August 24, 2022

                              _/s/  Matthew D. Powers_
                                Matthew D. Powers